BEFORE THE SECOND DIVISION, MARCH 7, 1966

**No. 69818.**—Sol Tool Co. *v.* United States, protest 65/5209 (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of steel bandsaws similar in all material respects to those the subject of *J. E. Bernard & Co., Inc.* v. *United States* (50 Cust. Ct. 41, C.D. 2386), the claim of the plaintiff was sustained.